IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **HYBRID KINETIC AUTOMOTIVE HOLDINGS, INC. and AMERICAN COMPASS, INC.** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:09-CV-35-MPM-DAS |
| **HYBRID KINETIC AUTOMOTIVE CORP., XIAOLIN (CHARLES) WANG, XI (JACK) DENG, YI (GARY) TANG, NICOLE DENTON, CAPITAL WEALTH HOLDINGS, LTD., KONG BING OEI, LION GMBH, YUCHENG LEI, and YUNTONG XU,** | **DEFENDANTS** |

✼ ✼ ✼

| | |
|---|---|
| **HYBRID KINETIC AUTOMOTIVE CORPORATION, CHARLES WANG, JACK DENG, GARY TANG, NICHOLE DENTON, BETHANY TURNER, KONG BING OEI, PETER KREUTER AND MOTOREN-und ENGINE-TECHNIC GmbH** | **THIRD-PARTY PLAINTIFFS** |
| VS. | |
| **YUNG (BENJAMIN) YEUNG A/K/A RONG YANG, RHEA YEUNG, VINCENT WANG, JIMMY WANG, QUAN LIU, ZHENGSHAN LI, ZHENGWEI ZHANG, HONGYU SUN, HYBRID KINETIC AUTOMOTIVE HOLDINGS, INC., HYBRID KINETIC MOTORS CORPORATION, THE ALABAMA CENTER FOR FOREIGN INVESTMENT, LLC, FAR EAST GOLDEN RESOURCES GROUP, LTD. AND AMERICAN COMPASS INC.** | **THIRD-PARTY DEFENDANTS** |

**ORDER FOR ADMISSION OF
<u>GARY J. GORHAM PRO HAC VICE</u>**

Before the court is the unopposed Motion (docket no. 150) of Plaintiffs Hybrid Kinetic

Automotive Holdings, Inc. and American Compass, Inc. and Third Party Defendants Hybrid

Kinetic Motors Corporation, Alabama Center for Foreign Investment, LLC, Far East Golden

Resources Group, Ltd., Yung (Benjamin) Yeung, Rhea Yeung, and Quan Liu, for the admission *pro hac vice* of Gary J. Gorham, Esq., as additional counsel for these Plaintiffs and Third Party Defendants in association with John C. Henegan, Frank M. Holbrook Paul N. Davis and P. Ryan Beckett, all members in good standing of the bar of this court. The court, having duly considered the motion, and having been advised that the Defendants and Third Party Plaintiffs do not oppose same, finds that the motion is well taken and should be granted. It is therefore

ORDERED that Gary J. Gorham be admitted to appear and practice *pro hac vice* in the above numbered and referenced cause as additional counsel for Plaintiffs and Third Party Defendants.

IT IS FURTHER ORDERED that counsel shall pay the admission fee and register with the Clerk as a user of the court's electronic filing system on or before July 16, 2009. Attorneys may register electronically by accessing the attorney registration site at [www.msnd.uscourts.gov/ecf](www.msnd.uscourts.gov/ecf) or, alternatively, by printing, executing and mailing or hand-delivering to the Clerk of this Court the Attorney Registration Form attached as Form 1 to the *Administrative Procedures for Electronic Case Filing* in the United States District Court for the Northern District of Mississippi.

THIS 2nd day of July, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

**Submitted By:**


/s/ P. Ryan Beckett
P. Ryan Beckett, Esq.  (MSB #99524)
Paul N. Davis, Esq.
John C. Henegan, Esq.
Frank M. Holbrook, Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

COUNSEL FOR HYBRID KINETIC AUTOMOTIVE HOLDINGS, INC.
AND AMERICAN COMPASS, INC.PLAINTIFFS


**Unopposed by:**


/s/ William C. Brabec
William C. Brabec, Esq.
M. Scott Jones, Esq.
Elizabeth F. Archer, Esq.
John S. Hooks, Esq.
Laura F. Rose, Esq.
ADAMS & REESE LLP

COUNSEL FOR HYBRID KINETIC AUTOMOTIVE CORP.


/s/ E. Clifton Hodge, Jr.
E. Clifton Hodge, Jr., Esq.
Mockbee Hall Drake & Hodge, PA

COUNSEL FOR XIAOLIN (CHARLES) WANG,
XI (JACK) DENG, YI (GARY) TANG,
NICHOLE DENTON AND BETHANY TURNER


/s/ John P. Sneed
John P. Sneed, Esq.
Michael B. Wallace, Esq.
WISE CARTER CARAWAY & CHILD

COUNSEL FOR KONG BING OEI, PETER KREUTER
AND MOTOREN-und ENERGIE-TECHNIK GmbH